IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY SOURBRINE,<br>Petitioner, | : <br> : <br> : | CIVIL ACTION <br><br> No. 19-6016, |
| v. | : <br> : | <br> together with |
| WARDEN OF THE GEORGE W. HILL<br>CORRECTIONAL FACILITY, et al.,<br>Respondents. | : <br> : <br> : | <br><br> No.  20-1533 |

ORDER

HARVEY BARTLE, III, J.

   AND NOW, this __30th__ day of _____April_____, 2020, upon careful and independent consideration of the review and interim Report and Recommendation of United States Magistrate Judge Linda K. Caracappa in the above-captioned matters, together with any responses thereto, IT IS ORDERED that:

   1. The interim Report and Recommendation is APPROVED and ADOPTED;

   2. The Petitions for Writ of Habeas Corpus under 28 U.S.C. § 2241, Civil Action No. 19-6016 and Civil Action No. 20-1533, are hereafter consolidated and shall proceed for all purposes under the above-caption, that is, Civil Action No. 19-6016; and

   3. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Civil Action No. 20-1533, shall be marked consolidated and closed.

          BY THE COURT:

          /s/ Harvey Bartle III
          _____
          HARVEY BARTLE, III, J.
          UNITED STATES DISTRICT JUDGE