IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY SOURBRINE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN GEORGE HILL | : | |
| CORRECTIONAL FACILITY, et al., | : | |
| Respondents. | : | No.  19-6016 |
| | : | No.  20-1533 |

ORDER

HARVEY BARTLE, III., J.

     AND NOW, this 27th day of August 2020, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is Approved and Adopted.

2. The Petition for Writ of Habeas Corpus is Dismissed without prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark these cases closed for statistical purposes.

BY THE COURT:

/s/ Harvey Bartle III
_____
HARVEY BARTLE, III, J.
UNITED STATES DISTRICT JUDGE